IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| EQUICREDIT CORP. OF MARYLAND | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB-02-CV-833 |
| DAVID EUGENE BROWN, *et al.* | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

Plaintiffs EquiCredit Corporation of America and NationsCredit Financial Services Corporation, Defendant DHC Title Company, Inc. ("DHC"), and Defendant Chicago Title Insurance Company ("Chicago Title"), by undersigned counsel, hereby stipulate that Defendants DHC and Chicago Title shall have until, and including, Friday, May 31, 2002, to file their respective responses to "Plaintiff's Motion for Partial Summary Judgment as to Defendant DHC Title Company, Inc.'s Liability for Negligent Hiring, Retention, Supervision and Training (Count V), DHC Title Company, Inc.'s Liability for Breach of the Closing Letter Contract (Count VII) and as to Defendant Chicago Title Insurance Company's Liability for Breach of the Closing Protection Letter (Count XVIII)" in the above-captioned action.

**SO ORDERED:** _____    4/22/02
Judge Catherine C. Blake                          Date
United States District Court Judge

*[signature]*
Bryan M. Tillman (Bar No. 26453)
*William M. Rudow, L.L.C.*
5603 Newbury Street
Baltimore, Maryland 21209
Tel.: (410) 542-6000
Fax: (410) 542-9500
*Counsel for Plaintiffs*

*[signature]*
James M. Connolly (Bar No. 23872)
*KRAMER & CONNOLLY*
500 Redland Court, Suite 211
Owings Mills, Maryland 21117
Tel.: (410) 581-0070
Fax: (410) 581-1524
*Counsel for Defendant DHC Title Company*

*[signature]*
Thomas F. McDonough
*Royston, Mueller, McLean & Reid, LLP*
102 W. Pennsylvania Avenue, Suite 600
Towson, Maryland 21204-4510
Tel.: (410) 823-1800
Fax: (410) 828-7859
*Counsel for Chicago Title Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 18, 2002, a copy of the foregoing was mailed first class, postage prepaid, to:

William Rudow, Esquire
Bryan M. Tillman, Esquire
William M. Rudow, LLC
5603 Newbury Street
Baltimore, Maryland 21209
*Counsel for Plaintiff*

Thomas F. McDonough, Esquire
Royston, Mueller, McLean & Reid, LLP
102 W. Pennsylvania Avenue
Suite 600
Towson, Maryland 21204-4510
*Counsel for Chicago Title Insurance Company*

A. Donald C. Discepolo, Esquire
28 Allegheny Avenue
Suite 510
Towson, Maryland 21204-3911
*Counsel for David Brown*

William Gower
Gower Real Estate Company, Inc.
9332 Annapolis Road
Lanham, Maryland 20706

Mr. Reginald D. Greene
15109 Dunleigh Drive
Bowie, Maryland 20721

Ms. Teresa Park
406 Twisted Stalk Drive
Gaithersburg, Maryland 20878

Mr. Lennox Samuel Westney
13601 Creekside Drive
Silver Spring, Maryland 20904

Service is no longer made to the following person(s) because, according to the U.S. Postal Service, no such address exists, no forwarding address exists, or no such person resides at the address:

Provident Funding Group
c/o Scot David Shumway
9126 Roundleaf Way
Gaithersburg, Maryland 20879

Mr. Chester Tapp
E.E. Woodard, Inc.
11610 Forest Green Lane
Fort Washington, Maryland 20744

Mr. Derron Tapp
c/o Provident Funding Group
9320 Annapolis Road
Lanham, Maryland 20706

James M. Connolly

12-71.stipulationforextensionoftime.wpd